# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: ESTATE OF PETER J. CARUSO, III<br>GERALDINE CARUSO | :   No. 43 WAL 2023<br>:<br>:<br>:<br>:   Petition for Allowance of Appeal |
| v. | :   from the Order of the Superior Court<br>:<br>: |
| SANDRA CARUSO, EXECUTRIX OF THE<br>ESTATE OF PETER J. CARUSO, III | :<br>:<br>:<br>: |
| PETITION OF: SANDRA A. CARUSO | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Where a non-party to a partnership agreement is not a signatory to the agreement and is not a third-party beneficiary of it and where a partnership agreement does not permit assignment, whether the Court's review is necessary to clarify the circumstances where a non-party could be permitted to "step into the shoes" of a party to an agreement and to enforce contractual rights as if that individual were a party to the agreement.